**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1606

FRANK A. JOHNSON,

Plaintiff - Appellant,

versus

SQUARE D COMPANY, a/k/a Schneider Electric,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Matthew J. Perry, Jr., Senior District Judge. (3:03-cv-03504-MJP)

Submitted: November 8, 2006      Decided: November 15, 2006

Before WILLIAMS, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frank A. Johnson, Appellant Pro Se. George Daniel Ellzey, Charles F. W. Manning, II, FISHER & PHILLIPS, L.L.P., Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frank A. Johnson appeals the district court's order accepting the recommendation of the magistrate judge, granting Defendant Square D Company's motion for summary judgment, and dismissing Johnson's complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>Johnson v. Square D Co.</u>, No. 3:03-cv-03504-MJP (D.S.C. Apr. 21, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>